UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TELADOC HEALTH, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-4687 (DLC)<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff Leadersel Innotech ESG and additional Plaintiff Hui Ma (together, "Plaintiffs"), individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from: (i) the Opinion and Order on the motion to dismiss, dated March 21, 2025 (ECF No. 113), which granted the motion to dismiss for failure to state a claim filed by Defendants Teladoc Health, Inc., Jason Gorevic, Mala Murthy, Stephany Verstraete, and Richard Napolitano (ECF No. 103); and (ii) the Final Judgment (ECF No. 114). Plaintiffs file this appeal against all Defendants.

1

Dated: April 22, 2025

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

<u>/s/ Carol C. Villegas</u>
Carol C. Villegas
Irina Vasilchenko
David J. Schwartz
Matthew J. Grier
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
cvillegas@labaton.com
ivasilchenko@labaton.com
dschwartz@labaton.com
mgrier@labaton.com

*Counsel for Lead Plaintiff Leadersel Innotech ESG and Lead Counsel for the Proposed Class*

**THE SCHALL LAW FIRM**

Brian Schall (*pro hac vice* forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel: (424) 303-1964
Fax: (877) 590-0482
brian@schallfirm.com

*Counsel for Additional Plaintiff Hui Ma*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 22, 2025, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

DATED: April 22, 2025                    Respectfully submitted,

                                            */s/ Carol C. Villegas*
                                            Carol C. Villegas

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22–cv–04687–DLC

| | |
|---|---|
| IN RE TELADOC HEALTH, INC. SECURITIES LITIGATION<br>Assigned to: Judge Denise L. Cote<br>Related Cases: 1:22–cv–07343–DLC<br>　　　　　　　　1:22–cv–07599–DLC<br>　　　　　　　　1:22–cv–06791–DLC<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 06/06/2022<br>Date Terminated: 03/24/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Plaintiff**

**Jeremy Schneider**　　　　　　　　　　　represented by　**James Michael LoPiano**
*Individually and on Behalf of All Others*　　　　　　　　　Pomerantz LLP
*Similarly Situated*　　　　　　　　　　　　　　　　　　　600 Third Ave, 20th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　631–903–9356
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jlopiano@pomlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Joseph Alexander Hood , II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pomerantz LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　600 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212)–661–1100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ahood@pomlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jeremy Alan Lieberman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pomerantz LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　600 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212)–661–1100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212)–661–8665
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jalieberman@pomlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter De Schutter**　　　　　　　　　　represented by　**Walter De Schutter**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Hui Ma**　　　　　　　　　　　　　　　　represented by　**Irina Vasilchenko**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Labaton Keller Sucharow LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 34th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　212–907–0848
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ivasilchenko@labaton.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**James W. Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Labaton Sucharow, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 907–0859
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 883–7059
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: JJohnson@labaton.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Movant**

| | | |
|---|---|---|
| **Leadersel Innotech ESG** | represented by | **Carol Cecilia Villegas**<br>Labaton & Sucharow LLP (NYC)<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>(212)–907–0824<br>Fax: (212)–818–0477<br>Email: cvillegas@labaton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Jacob Schwartz**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212–907–0700<br>Email: DSchwartz@labaton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Francis Paul McConville**<br>Labaton & Sucharow LLP (NYC)<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>212–907–0650<br>Fax: 212–818–0477<br>Email: fmcconville@labaton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Irina Vasilchenko**<br>Labaton & Sucharow LLP (NYC)<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>(212)–907–0700<br>Fax: (212)–818–0477<br>Email: ivasilchenko@labaton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James W. Johnson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew J. Grier**<br>Labaton Keller Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212–907–0761<br>Email: MGrier@labaton.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Philip James Leggio**<br>Labaton & Sucharow LLP (NYC)<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>(212)–907–0646<br>Email: pleggio@labaton.com<br>*ATTORNEY TO BE NOTICED* |

**Movant**

Jose Luis Villasenin     represented by    **Kim Elaine Miller**
Kahn Swick & Foti, LLC
250 Park Avenue
Suite 2040
New York, NY 10177
212–696–3732
Fax: 504–455–1498
Email: kim.miller@ksfcounsel.com
*TERMINATED: 12/14/2022*
*LEAD ATTORNEY*

**Movant**

Wesley R. Ledbetter     represented by    **Gregory Bradley Linkh**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 358
New York, NY 10169
212–682–5340
Email: glinkh@glancylaw.com
*TERMINATED: 09/02/2022*

**Movant**

Chun Mu Hsueh     represented by    **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

Neil Silver     represented by    **James Milligan Wilson , Jr**
Faruqi & Faruqi, LLP (NYC)
685 Third Avenue, 26th Floor
New York, NY 10017
212–983–9330
Fax: 212–983–9331
Email: jwilson@faruqilaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

Elizabeth Silver     represented by    **James Milligan Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Teladoc Health, Inc.     represented by    **Audra Jan Soloway**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212–373–3289
Fax: 212–492–0289
Email: asoloway@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jonathan Kramer**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)–373–3020

    Fax: (212)–492–0020
Email: dkramer@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlin Elizabeth Grusauskas**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of The Americas
New York, NY 10019
(212)–373–3000
Fax: (212)–492–0573
Email: cgrusauskas@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Luke J. O'Brien**
Calcagni & Kanefsky LLP
1085 Raymond Blvd
14th Floor
Newark, NJ 07102
862–329–7790
Email: lobrien@ck–litigation.com
*TERMINATED: 09/22/2022*

**Defendant**

**Jason Gorevic**     represented by    **Audra Jan Soloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jonathan Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlin Elizabeth Grusauskas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke J. O'Brien**
(See above for address)
*TERMINATED: 09/22/2022*

**Defendant**

**Mala Murthy**     represented by    **Audra Jan Soloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jonathan Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlin Elizabeth Grusauskas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke J. O'Brien**
(See above for address)
*TERMINATED: 09/22/2022*

**Defendant**

**Stephany Verstraete** represented by **Audra Jan Soloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jonathan Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bimal Shah** represented by **Audra Jan Soloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jonathan Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard J. Napolitano** represented by **Audra Jan Soloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jonathan Kramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2022 | 1 | COMPLAINT against Jason Gorevic, Mala Murthy, Teladoc Health, Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC−26240652)Document filed by Jeremy Schneider..(Lieberman, Jeremy) (Entered: 06/06/2022) |
| 06/06/2022 | 2 | CIVIL COVER SHEET filed..(Lieberman, Jeremy) (Entered: 06/06/2022) |
| 06/06/2022 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Teladoc Health, Inc., Jason Gorevic, Mala Murthy, re: 1 Complaint. Document filed by Jeremy Schneider..(Lieberman, Jeremy) (Entered: 06/06/2022) |
| 06/07/2022 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: Jeremy Schneider. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc)** (Entered: 06/07/2022) |
| 06/07/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 06/07/2022) |
| 06/07/2022 | | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 06/07/2022) |

| | | |
|---|---|---|
| 06/07/2022 | | Case Designated ECF. (pc) (Entered: 06/07/2022) |
| 06/07/2022 | 4 | ELECTRONIC SUMMONS ISSUED as to Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(pc) (Entered: 06/07/2022) |
| 06/08/2022 | 5 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Jeremy Schneider..(Hood, Joseph) (Entered: 06/08/2022) |
| 06/08/2022 | 6 | NOTICE OF APPEARANCE by James Michael LoPiano on behalf of Jeremy Schneider..(LoPiano, James) (Entered: 06/08/2022) |
| 06/29/2022 | 7 | NOTICE OF APPEARANCE by Daniel Jonathan Kramer on behalf of Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(Kramer, Daniel) (Entered: 06/29/2022) |
| 06/29/2022 | 8 | NOTICE OF APPEARANCE by Audra Jan Soloway on behalf of Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(Soloway, Audra) (Entered: 06/29/2022) |
| 06/29/2022 | 9 | NOTICE OF APPEARANCE by Caitlin Elizabeth Grusauskas on behalf of Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(Grusauskas, Caitlin) (Entered: 06/29/2022) |
| 06/29/2022 | 10 | NOTICE OF APPEARANCE by Luke J. O'Brien on behalf of Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(O'Brien, Luke) (Entered: 06/29/2022) |
| 06/29/2022 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(Soloway, Audra) (Entered: 06/29/2022) |
| 06/29/2022 | 12 | PROPOSED STIPULATION AND ORDER. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(Soloway, Audra) (Entered: 06/29/2022) |
| 06/30/2022 | 13 | JOINT STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows: 1. Undersigned counsel for Defendants is authorized to accept, and hereby does accept, service of the summons and complaint in the Action on behalf of Defendants without prejudice and without waiver of any of Defendants' defenses, objections or arguments, except as to sufficiency of service of process. 2. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaints filed in the Action (including any future–filed related actions consolidated therewith) subject to the provisions of paragraphs 3 and 4 below. 3. Within 60 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the Action (or a consolidated action encompassing the Action), lead plaintiff(s) shall either (1) serve and file an amended and/or consolidated class action complaint, which shall serve as the operative complaint in the Action and shall supersede all other complaints filed in and/or transferred to this Court related to the Action or (2) notify counsel for Defendants that a previously–filed complaint will serve as the operative complaint in the Action. 4. Defendants shall have 60 days from the date on which lead plaintiff(s) comply with paragraph 3 to move or plead in response to the operative complaint. 5. Should Defendants file a motion to dismiss the operative complaint, lead plaintiff(s) will file their opposition brief in no later than 60 days, and Defendants will file their reply brief in no later than 45 days. 6. There have been no requests for an extension of time previously made in this matter. SO ORDERED. (Signed by Judge Vernon S. Broderick on 6/30/2022) (kv) (Entered: 06/30/2022) |
| 08/05/2022 | 14 | MOTION to Appoint Leadersel Innotech ESG to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Leadersel Innotech ESG..(McConville, Francis) (Entered: 08/05/2022) |
| 08/05/2022 | 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Appoint Leadersel Innotech ESG to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Leadersel Innotech ESG..(McConville, Francis) (Entered: 08/05/2022) |
| 08/05/2022 | 16 | DECLARATION of Francis P. McConville in Support re: 14 MOTION to Appoint Leadersel Innotech ESG to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Leadersel Innotech ESG. (Attachments: # 1 Exhibit A – Certification, # 2 Exhibit B – Loss Analysis, # 3 Exhibit C – Notice, # 4 Exhibit D – Labaton Sucharow Firm Resume).(McConville, Francis) (Entered: 08/05/2022) |

| | | |
|---|---|---|
| 08/05/2022 | 17 | PROPOSED ORDER. Document filed by Leadersel Innotech ESG. Related Document Number: [Dkt 14]..(McConville, Francis) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2022) |
| 08/05/2022 | 18 | **Withdrawn as per Judge's Order dated 12/14/2022, Doc. #71** MOTION to Appoint Jose Luis Villasenin to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Jos Luis Villasenin..(Miller, Kim) Modified on 12/14/2022 (ate). (Entered: 08/05/2022) |
| 08/05/2022 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Appoint Jose Luis Villasenin to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Jos Luis Villasenin..(Miller, Kim) (Entered: 08/05/2022) |
| 08/05/2022 | 20 | DECLARATION of Kim E. Miller in Support re: 18 MOTION to Appoint Jose Luis Villasenin to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Jos Luis Villasenin. (Attachments: # 1 Exhibit A – Villasenin Certification, # 2 Exhibit B – Villasenin Loss Chart, # 3 Exhibit C – Statutory Notice, # 4 Exhibit D – Villasenin Declaration, # 5 Exhibit E – KSF Resume).(Miller, Kim) (Entered: 08/05/2022) |
| 08/05/2022 | 21 | PROPOSED ORDER. Document filed by Jos Luis Villasenin. Related Document Number: 18 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2022) |
| 08/05/2022 | 22 | MOTION to Appoint Counsel ., MOTION to Appoint Wesley R. Ledbetter to serve as lead plaintiff(s) . Document filed by Wesley R. Ledbetter. (Attachments: # 1 Text of Proposed Order – [Proposed] Order).(Linkh, Gregory) (Entered: 08/05/2022) |
| 08/05/2022 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Appoint Counsel . MOTION to Appoint Wesley R. Ledbetter to serve as lead plaintiff(s) . . Document filed by Wesley R. Ledbetter..(Linkh, Gregory) (Entered: 08/05/2022) |
| 08/05/2022 | 24 | DECLARATION of Gregory B. Linkh in Support re: 22 MOTION to Appoint Counsel . MOTION to Appoint Wesley R. Ledbetter to serve as lead plaintiff(s) .. Document filed by Wesley R. Ledbetter. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – GPM Firm Resume).(Linkh, Gregory) (Entered: 08/05/2022) |
| 08/05/2022 | 25 | MOTION to Appoint Chun Mu Hsueh to serve as lead plaintiff(s) ., MOTION to Approve Lead Counsel . Document filed by Chun Mu Hsueh..(Lieberman, Jeremy) (Entered: 08/05/2022) |
| 08/05/2022 | 26 | PROPOSED ORDER. Document filed by Chun Mu Hsueh. Related Document Number: 25 ..(Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2022) |
| 08/05/2022 | 27 | MEMORANDUM OF LAW in Support re: 25 MOTION to Appoint Chun Mu Hsueh to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel . . Document filed by Chun Mu Hsueh..(Lieberman, Jeremy) (Entered: 08/05/2022) |
| 08/05/2022 | 28 | MOTION to Appoint Neil and Elizabeth Silver to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Neil Silver, Elizabeth Silver..(Wilson, James) (Entered: 08/05/2022) |
| 08/05/2022 | 29 | MEMORANDUM OF LAW in Support re: 28 MOTION to Appoint Neil and Elizabeth Silver to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Elizabeth Silver, Neil Silver..(Wilson, James) (Entered: 08/05/2022) |
| 08/05/2022 | 30 | DECLARATION of Jeremy A. Lieberman in Support re: 25 MOTION to Appoint Chun Mu Hsueh to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by Chun Mu Hsueh. (Attachments: # 1 Exhibit A – Assignment, # 2 Exhibit B – Damages Analysis, # 3 Exhibit C – PSLRA Notice, # 4 Exhibit D – Certification, # 5 Exhibit E – Movant Declaration, # 6 Exhibit F – Firm Resume).(Lieberman, Jeremy) (Entered: 08/05/2022) |
| 08/05/2022 | 31 | DECLARATION of James M. Wilson, Jr. in Support re: 28 MOTION to Appoint Neil and Elizabeth Silver to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Elizabeth Silver, Neil Silver. (Attachments: # 1 Exhibit A – First |

| | | |
|---|---|---|
| | | Notice of Pendency of a Class Action, # 2 Exhibit B – Neil and Elizabeth Silver's PSLRA Certfications, # 3 Exhibit C – Declaration of Neil and Elizabeth Silver, # 4 Exhibit D – Firm Resume of Faruqi & Faruqi, LLP, # 5 Exhibit E – Women's Business Enterprise National Council Certificate).(Wilson, James) (Entered: 08/05/2022) |
| 08/05/2022 | 32 | PROPOSED ORDER. Document filed by Elizabeth Silver, Neil Silver. Related Document Number: 28 ..(Wilson, James) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2022) |
| 08/08/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 17 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 08/08/2022) |
| 08/08/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 21 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 08/08/2022) |
| 08/08/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 26 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 08/08/2022) |
| 08/08/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 32 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 08/08/2022) |
| 08/17/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Denise L. Cote. Judge Vernon S. Broderick is no longer assigned to the case..(aea) (Entered: 08/17/2022) |
| 08/19/2022 | 33 | MOTION to Withdraw 18 MOTION to Appoint Jose Luis Villasenin to serve as lead plaintiff(s) . MOTION to Appoint Counsel . ., MOTION for Kim E. Miller to Withdraw as Attorney . Document filed by Jose Luis Villasenin..(Miller, Kim) (Entered: 08/19/2022) |
| 08/19/2022 | 34 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Jose Luis Villasenin. Related Document Number: 33 ..(Miller, Kim) (Entered: 08/19/2022) |
| 08/19/2022 | 35 | LETTER addressed to Judge Denise L. Cote from Audra Soloway dated August 19, 2022 re: Duplicative Cases in SDNY and EDNY. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc.. (Attachments: # 1 Exhibit A: Emails from Audra Soloway to Phillip Kim).(Soloway, Audra) (Entered: 08/19/2022) |
| 08/19/2022 | 36 | NOTICE of Non−Opposition of Chun Mu Hsueh to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel re: 25 MOTION to Appoint Chun Mu Hsueh to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by Chun Mu Hsueh..(Lieberman, Jeremy) (Entered: 08/19/2022) |
| 08/19/2022 | 37 | NOTICE of Non−Opposition to Competing Lead Plaintiff Motions re: 28 MOTION to Appoint Neil and Elizabeth Silver to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Elizabeth Silver, Neil Silver..(Wilson, James) (Entered: 08/19/2022) |
| 08/19/2022 | 38 | NOTICE of Non−Opposition. Document filed by Wesley R. Ledbetter..(Linkh, Gregory) (Entered: 08/19/2022) |
| 08/19/2022 | 39 | MEMORANDUM OF LAW in Support re: 14 MOTION to Appoint Leadersel Innotech ESG to serve as lead plaintiff(s) . MOTION to Appoint Counsel . *Memorandum of Law in Further Support of Leadersel Innotech ESG's Unopposed Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel*. Document filed by Leadersel Innotech ESG..(McConville, Francis) (Entered: 08/19/2022) |
| 08/23/2022 | 40 | CASE MANAGEMENT ORDER: 1. Lead Plaintiff shall file an amended complaint for this action and any actions subsequently consolidated with it on or before September 30, 2022. Defendants shall file an answer to the amended complaint or a motion to dismiss the amended complaint by October 21, 2022. 2. Pending filing and |

| | | |
|---|---|---|
| | | service of the amended complaint, defendants shall have no obligation to move, answer, or otherwise respond to any complaints in any actions subsequently consolidated with this action. 3. If a motion to dismiss the amended complaint is filed, Lead Plaintiff may further amend its complaint by November 11, 2022. It is unlikely that Lead Plaintiff will have a further opportunity to amend. If Lead Plaintiff elects not to further amend the complaint, it shall file its opposition to the motion to dismiss on or before November 11, 2022. Defendants shall file their reply to the opposition to the motion to dismiss on or before November 25, 2022. ( Amended Pleadings due by 9/30/2022., Motions due by 10/21/2022., Responses due by 11/11/2022, Replies due by 11/25/2022.) (Signed by Judge Denise L. Cote on 8/23/2022) (ate) (Entered: 08/23/2022) |
| 08/24/2022 | 41 | LETTER addressed to Judge Denise L. Cote from Phillip Kim dated August 24, 2022 re: Transfer and Consolidation of De Schutter v. Teladoc Health, Inc., et al.. Document filed by Walter De Schutter..(Kim, Phillip) (Entered: 08/24/2022) |
| 08/24/2022 | 42 | MEMO ENDORSEMENT on re: 41 Letter filed by Walter De Schutter. ENDORSEMENT: This Court accepts the De Schutter case as related. (Signed by Judge Denise L. Cote on 8/24/2022) (ate) (Entered: 08/24/2022) |
| 08/24/2022 | 43 | NOTICE OF APPEARANCE by James W. Johnson on behalf of Leadersel Innotech ESG..(Johnson, James) (Entered: 08/24/2022) |
| 08/24/2022 | 44 | NOTICE OF APPEARANCE by Irina Vasilchenko on behalf of Leadersel Innotech ESG..(Vasilchenko, Irina) (Entered: 08/24/2022) |
| 08/31/2022 | 45 | NOTICE OF APPEARANCE by Philip James Leggio on behalf of Leadersel Innotech ESG..(Leggio, Philip) (Entered: 08/31/2022) |
| 08/31/2022 | 46 | NOTICE OF APPEARANCE by David Jacob Schwartz on behalf of Leadersel Innotech ESG..(Schwartz, David) (Entered: 08/31/2022) |
| 08/31/2022 | 47 | NOTICE of Withdrawal of Motion re: 22 MOTION to Appoint Counsel . MOTION to Appoint Wesley R. Ledbetter to serve as lead plaintiff(s) .. Document filed by Wesley R. Ledbetter..(Linkh, Gregory) (Entered: 08/31/2022) |
| 08/31/2022 | 48 | MOTION for Gregory B. Linkh to Withdraw as Attorney . Document filed by Wesley R. Ledbetter..(Linkh, Gregory) (Entered: 08/31/2022) |
| 09/02/2022 | 49 | MEMO ENDORSEMENT granting 48 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Gregory Bradley Linkh terminated. (Signed by Judge Denise L. Cote on 9/2/2022) (ate) (Entered: 09/02/2022) |
| 09/02/2022 | 50 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc...(O'Brien, Luke) (Entered: 09/02/2022) |
| 09/22/2022 | 51 | MEMO ENDORSEMENT on NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL on re: 50 Proposed Order for Withdrawal of Attorney filed by Mala Murthy, Jason Gorevic, Teladoc Health, Inc., ENDORSEMENT: SO ORDERED (Signed by Judge Denise L. Cote on 9/22/2022) Attorney Luke J. O'Brien terminated. (ks) (Entered: 09/22/2022) |
| 09/30/2022 | 52 | AMENDED COMPLAINT amending 1 Complaint against Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete with JURY DEMAND.Document filed by Leadersel Innotech ESG. Related document: 1 Complaint. (Attachments: # 1 Exhibit A – Certification).(Johnson, James) (Entered: 09/30/2022) |
| 09/30/2022 | 53 | REQUEST FOR ISSUANCE OF SUMMONS as to Stephany Verstraete, re: 52 Amended Complaint,. Document filed by Leadersel Innotech ESG..(Johnson, James) (Entered: 09/30/2022) |
| 10/03/2022 | 54 | ELECTRONIC SUMMONS ISSUED as to Stephany Verstraete..(gp) (Entered: 10/03/2022) |
| 10/11/2022 | 55 | LETTER MOTION for Extension of Time to File *Motion to Dismiss Amended Class Action Complaint* addressed to Judge Denise L. Cote from Audra J. Soloway dated October 11, 2022. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 10/11/2022) |

| | | |
|---|---|---|
| 10/11/2022 | 56 | ORDER granting 55 Letter Motion for Extension of Time to File. Granted. (Signed by Judge Denise L. Cote on 10/11/2022) (vfr) (Entered: 10/11/2022) |
| 10/11/2022 | | Set/Reset Deadlines: Amended Pleadings due by 12/6/2022. Motions due by 11/3/2022. Responses due by 12/6/2022 Replies due by 12/22/2022. (vfr) (Entered: 10/11/2022) |
| 10/31/2022 | 57 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Denise L. Cote from Audra J. Soloway dated October 31, 2022. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 10/31/2022) |
| 11/01/2022 | 58 | ORDER granting 57 Letter Motion for Leave to File Excess Pages. Granted. (Signed by Judge Denise L. Cote on 11/1/2022) (vfr) (Entered: 11/01/2022) |
| 11/03/2022 | 59 | MOTION to Dismiss *the Amended Class Action Complaint*. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 11/03/2022) |
| 11/03/2022 | 60 | MEMORANDUM OF LAW in Support re: 59 MOTION to Dismiss *the Amended Class Action Complaint*. . Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 11/03/2022) |
| 11/03/2022 | 61 | DECLARATION of Audra J. Soloway in Support re: 59 MOTION to Dismiss *the Amended Class Action Complaint*.. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete. (Attachments: # 1 Exhibit 1 – Alleged Misstatement Chart, # 2 Exhibit 2 – Jason Gorevic's Individual Stock Sales, # 3 Exhibit 3 – Mala Murthy's Individual Stock Sales, # 4 Exhibit 4 – Stephany Verstraete's Individual Stock Sales, # 5 Exhibit 5 – 9/11/2020 Registration Statement, # 6 Exhibit 6 – 2020 Form 10–K, # 7 Exhibit 7 – 9/20/2021 Form 8–K, # 8 Exhibit 8 – 2/2/2022 Form 8–K, # 9 Exhibit 9 – 2021 Form 10–K, # 10 Exhibit 10 – 4/12/2022 Proxy Statement, # 11 Exhibit 11 – Jason Gorevic's Form 4 and Form 5 Filings, # 12 Exhibit 12 – Mala Murthy's Form 4 Filings, # 13 Exhibit 13 – Stephany Verstraete's Form 4 Filings, # 14 Exhibit 14 – 10/28/2021 Credit Suisse Analyst Report, # 15 Exhibit 15 – 11/10/2021 Business Insider Article, # 16 Exhibit 16 – Transcript of 2/24/2021 Earnings Call, # 17 Exhibit 17 – Transcript of 4/28/2021 Earnings Call, # 18 Exhibit 18 – Transcript of 6/1/2021 William Blair & Company Growth Stock Conf., # 19 Exhibit 19 – Transcript of 10/27/2021 Earnings Call, # 20 Exhibit 20 – Transcript of 11/18/2021 Investor Day Analyst Conf., # 21 Exhibit 21 – Transcript of 1/10/2022 JPMorgan Healthcare Conf., # 22 Exhibit 22 – Transcript of 4/27/2022 Earnings Call, # 23 Exhibit 23 – Transcript of 7/27/2022 Earnings Call).(Soloway, Audra) (Entered: 11/03/2022) |
| 11/03/2022 | 62 | LETTER MOTION for Oral Argument addressed to Judge Denise L. Cote from Audra J. Soloway dated November 3, 2022. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 11/03/2022) |
| 12/06/2022 | 63 | SECOND AMENDED COMPLAINT amending 52 Amended Complaint, against Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete, Bimal Shah, Richard J. Napolitano with JURY DEMAND.Document filed by Leadersel Innotech ESG, Hui Ma. Related document: 52 Amended Complaint,. (Attachments: # 1 Exhibit A – Certification).(Johnson, James) (Entered: 12/06/2022) |
| 12/06/2022 | 64 | REQUEST FOR ISSUANCE OF SUMMONS as to Bimal Shah, re: 63 Amended Complaint,. Document filed by Leadersel Innotech ESG, Hui Ma..(Johnson, James) (Entered: 12/06/2022) |
| 12/06/2022 | 65 | REQUEST FOR ISSUANCE OF SUMMONS as to Richard J.Napolitano, re: 63 Amended Complaint,. Document filed by Leadersel Innotech ESG, Hui Ma..(Johnson, James) (Entered: 12/06/2022) |
| 12/07/2022 | 66 | ORDER terminating as moot 59 Motion to Dismiss. Accordingly, it is hereby ORDERED that the defendants' November 3 motion shall be terminated as moot. IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint by January 6, 2023. If the defendants renew their motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by February 3, 2023. The defendants shall file any reply by February 17, 2023. At the time the reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion |

| | | |
|---|---|---|
| | | papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 12/7/2022) (vfr) (Entered: 12/07/2022) |
| 12/07/2022 | | Set/Reset Deadlines: Jason Gorevic answer due 1/6/2023; Mala Murthy answer due 1/6/2023; Richard J. Napolitano answer due 1/6/2023; Bimal Shah answer due 1/6/2023; Teladoc Health, Inc. answer due 1/6/2023; Stephany Verstraete answer due 1/6/2023. Responses due by 2/3/2023 Replies due by 2/17/2023. (vfr) (Entered: 12/07/2022) |
| 12/07/2022 | 67 | ELECTRONIC SUMMONS ISSUED as to Bimal Shah..(sj) (Entered: 12/07/2022) |
| 12/07/2022 | 68 | ELECTRONIC SUMMONS ISSUED as to Richard J. Napolitano..(sj) (Entered: 12/07/2022) |
| 12/09/2022 | 69 | LETTER MOTION for Extension of Time to File *Motion to Dismiss the Second Amended Class Action Complaint* addressed to Judge Denise L. Cote from Audra J. Soloway dated December 9, 2022. Document filed by Jason Gorevic, Mala Murthy, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 12/09/2022) |
| 12/13/2022 | 70 | ORDER granting 69 Letter Motion for Extension of Time to File. Granted. (Signed by Judge Denise L. Cote on 12/13/2022) (vfr) (Entered: 12/13/2022) |
| 12/13/2022 | | Set/Reset Deadlines: Motions due by 1/20/2023. Responses due by 3/3/2023 Replies due by 3/17/2023. (vfr) (Entered: 12/13/2022) |
| 12/14/2022 | 71 | MEMO ENDORSEMENT granting 33 Motion to Withdraw 33 MOTION to Withdraw 18 MOTION to Appoint Jose Luis Villasenin to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . MOTION for Kim E. Miller to Withdraw as Attorney ., 18 MOTION to Appoint Jose Luis Villasenin to serve as lead plaintiff(s) . MOTION to Appoint Counsel . ; granting 33 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. Attorney Kim Elaine Miller terminated. (Signed by Judge Denise L. Cote on 12/14/2022) (ate) (Entered: 12/14/2022) |
| 01/17/2023 | 72 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Denise L. Cote from Audra J. Soloway dated January 17, 2023. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 01/17/2023) |
| 01/18/2023 | 73 | ORDER granting 72 Letter Motion for Leave to File Excess Pages. Granted. (Signed by Judge Denise L. Cote on 1/18/2023) (vfr) (Entered: 01/18/2023) |
| 01/20/2023 | 74 | MOTION to Dismiss *the Second Amended Class Action Complaint*. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 01/20/2023) |
| 01/20/2023 | 75 | MEMORANDUM OF LAW in Support re: 74 MOTION to Dismiss *the Second Amended Class Action Complaint*. . Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 01/20/2023) |
| 01/20/2023 | 76 | DECLARATION of Audra J. Soloway in Support re: 74 MOTION to Dismiss *the Second Amended Class Action Complaint*.. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete. (Attachments: # 1 Exhibit 1 – Alleged Misstatement Chart, # 2 Exhibit 2 – Jason Gorevic's Individual Stock Sales, # 3 Exhibit 3 – Mala Murthy's Individual Stock Sales, # 4 Exhibit 4 – Stephany Verstraete's Individual Stock Sales, # 5 Exhibit 5 – 9/11/2020 Registration Statement, # 6 Exhibit 6 – 2020 Form 10–K, # 7 Exhibit 7 – 9/20/2021 Form 8–K, # 8 Exhibit 8 – 2/2/2022 Form 8–K, # 9 Exhibit 9 – 2021 Form 10–K, # 10 Exhibit 10 – 4/12/2022 Proxy Statement, # 11 Exhibit 11 – Jason Gorevic's Form 4 and Form 5 Filings, # 12 Exhibit 12 – Mala Murthy's Form 4 Filings, # 13 Exhibit 13 – Stephany Verstraete's Form 4 Filings, # 14 Exhibit 14 – 10/28/2021 Credit Suisse Analyst Report, # 15 Exhibit 15 – 11/10/2021 Business Insider Article, # 16 Exhibit 16 – Transcript of 2/24/2021 Earnings Call, # 17 Exhibit 17 – Transcript of 4/28/2021 Earnings Call, # 18 Exhibit 18 – Transcript of 6/1/2021 William Blair & Company Growth Stock Conf., # 19 Exhibit 19 – Transcript of 10/27/2021 Earnings Call, # 20 Exhibit 20 – Transcript of 11/18/2021 Investor Day Analyst Conf., # 21 Exhibit 21 – Transcript of 1/10/2022 JPMorgan Healthcare Conf., |

| | | |
|---|---|---|
| | | # 22 Exhibit 22 – Transcript of 4/27/2022 Earnings Call, # 23 Exhibit 23 – Transcript of 7/27/2022 Earnings Call).(Soloway, Audra) (Entered: 01/20/2023) |
| 01/20/2023 | 77 | LETTER MOTION for Oral Argument *re: 74 Motion to Dismiss the Second Amended Class Action Complaint* addressed to Judge Denise L. Cote from Audra J. Soloway dated January 20, 2023. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 01/20/2023) |
| 02/27/2023 | 78 | NOTICE OF APPEARANCE by Carol Cecilia Villegas on behalf of Leadersel Innotech ESG..(Villegas, Carol) (Entered: 02/27/2023) |
| 03/03/2023 | 79 | MEMORANDUM OF LAW in Opposition re: 74 MOTION to Dismiss *the Second Amended Class Action Complaint*. . Document filed by Leadersel Innotech ESG, Hui Ma..(Vasilchenko, Irina) (Entered: 03/03/2023) |
| 03/09/2023 | 80 | CONSENT LETTER MOTION for Extension of Time to File *Reply in Further Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint* addressed to Judge Denise L. Cote from Daniel Kramer dated March 9, 2023. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Kramer, Daniel) (Entered: 03/09/2023) |
| 03/09/2023 | 81 | LETTER addressed to Judge Denise L. Cote from Irina Vasilchenko dated March 9, 2023 re: Oral Argument on Defendants' Motion to Dismiss. Document filed by Leadersel Innotech ESG, Hui Ma..(Vasilchenko, Irina) (Entered: 03/09/2023) |
| 03/09/2023 | 82 | ORDER granting 80 Letter Motion for Extension of Time to File. Granted. (Signed by Judge Denise L. Cote on 3/9/2023) (vfr) (Entered: 03/09/2023) |
| 03/09/2023 | | Set/Reset Deadlines: Replies due by 3/31/2023. (vfr) (Entered: 03/09/2023) |
| 03/27/2023 | 83 | LETTER MOTION for Leave to File Excess Pages *re: Reply in Further Support of Motion to Dismiss* addressed to Judge Denise L. Cote from Audra J. Soloway dated March 27, 2023. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 03/27/2023) |
| 03/27/2023 | 84 | ORDER granting 83 Letter Motion for Leave to File Excess Pages. The reply may be 18 pages. (Signed by Judge Denise L. Cote on 3/27/2023) (vfr) (Entered: 03/27/2023) |
| 03/31/2023 | 85 | REPLY MEMORANDUM OF LAW in Support re: 74 MOTION to Dismiss *the Second Amended Class Action Complaint*. . Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 03/31/2023) |
| 05/30/2023 | 86 | LETTER addressed to Judge Denise L. Cote from Audra J. Soloway dated May 30, 2023 re: Motion to Dismiss the Second Amended Complaint. Document filed by Jason Gorevic, Mala Murthy, Richard J. Napolitano, Bimal Shah, Teladoc Health, Inc., Stephany Verstraete..(Soloway, Audra) (Entered: 05/30/2023) |
| 05/31/2023 | 87 | ORDER: On May 30, 2023, counsel for the defendants submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible. (Signed by Judge Denise L. Cote on 5/31/2023) (vfr) (Entered: 05/31/2023) |
| 07/05/2023 | 88 | OPINION AND ORDER re: 74 MOTION to Dismiss *the Second Amended Class Action Complaint* filed by Mala Murthy, Stephany Verstraete, Jason Gorevic, Teladoc Health, Inc., Bimal Shah, Richard J. Napolitano. The defendants' January 20, 2023 motion to dismiss is granted. The Clerk of Court shall enter judgement for the defendants and close the case. (Signed by Judge Denise L. Cote on 7/5/2023) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/05/2023) |
| 07/06/2023 | 89 | CLERK'S JUDGMENT re: 88 Memorandum & Opinion in favor of Teladoc Health, Inc., Bimal Shah, Jason Gorevic, Mala Murthy, Richard J. Napolitano, Stephany Verstraete against Hui Ma, Jeremy Schneider, Walter De Schutter. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's |

| | | |
|---|---|---|
| | | Opinion and Order dated July 5, 2023, defendants' January 20, 2023 motion to dismiss is granted. Judgement is entered for the defendants; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 7/6/2023) (Attachments: # 1 Appeal Package) (tp) (Entered: 07/06/2023) |
| 07/24/2023 | 90 | ORDER: Accordingly, it is hereby ORDERED that the plaintiffs' submission regarding compliance with Rule ll(b) is due August 18, 2023. Any response by the defendants is due September 1, 2023. (Signed by Judge Denise L. Cote on 7/24/2023) (mml) (Entered: 07/24/2023) |
| 08/04/2023 | 91 | NOTICE OF APPEAL from 88 Memorandum & Opinion, 89 Clerk's Judgment,,. Document filed by Leadersel Innotech ESG, Hui Ma. Filing fee $ 505.00, receipt number ANYSDC–28102683. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Vasilchenko, Irina) (Entered: 08/04/2023) |
| 08/04/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 91 Notice of Appeal.(tp) (Entered: 08/04/2023) |
| 08/04/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 91 Notice of Appeal, filed by Leadersel Innotech ESG, Hui Ma were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/04/2023) |
| 08/18/2023 | 92 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Leadersel Innotech ESG, Hui Ma. (Attachments: # 1 Affidavit – Declaration of Irina Vasilchenko).(Vasilchenko, Irina) (Entered: 08/18/2023) |
| 09/07/2023 | 93 | ORDER: Having reviewed the parties' submissions, the Court finds that the plaintiffs and their counsel have acted reasonably and in compliance with the requirements of Federal Rule of Civil Procedure 11(b). See ATSI Commc'ns, Inc., 579 F.3d at 152. (Signed by Judge Denise L. Cote on 9/07/2023) (ama) (Entered: 09/07/2023) |
| 09/24/2024 | 94 | ORDER of USCA (Certified Copy) as to 91 Notice of Appeal, filed by Leadersel Innotech ESG, Hui Ma USCA Case Number 23–1112. UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court, entered on July 6, 2023, is AFFIRMED in part, VACATED in part, and REMANDED for further proceedings consistent with this summary order. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 9/24/2024. (tp) (Entered: 09/24/2024) |
| 10/15/2024 | 95 | MANDATE of USCA (Certified Copy) as to 91 Notice of Appeal, filed by Leadersel Innotech ESG, Hui Ma USCA Case Number 23–1112. UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court, entered on July 6, 2023, is AFFIRMED in part, VACATED in part, and REMANDED for further proceedings consistent with this summary order. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/15/2024.(km) (Entered: 10/15/2024) |
| 10/15/2024 | | Transmission of USCA Mandate/Order to the District Judge re: 95 USCA Mandate.(km) (Entered: 10/15/2024) |
| 10/15/2024 | 96 | ORDER: Accordingly, it is hereby ORDERED that the parties shall file on the docket a proposed schedule governing the further conduct of proceedings in this case by October 30, 2024. IT IS FURTHER ORDERED that the parties shall appear at a conference on November 1, 2024 at 10:30 AM in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007. (Status Conference set for 11/1/2024 at 10:30 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 10/15/2024) (sgz) (Entered: 10/15/2024) |
| 10/23/2024 | 97 | NOTICE of Change of Firm Name. Document filed by Leadersel Innotech ESG..(Villegas, Carol) (Entered: 10/23/2024) |
| 10/23/2024 | 98 | NOTICE OF APPEARANCE by Matthew J. Grier on behalf of Leadersel Innotech ESG..(Grier, Matthew) (Entered: 10/23/2024) |
| 10/29/2024 | 99 | JOINT LETTER addressed to Judge Denise L. Cote from Irina Vasilchenko dated October 29, 2024 re: Letter and Proposed Schedule. Document filed by Hui Ma, Leadersel Innotech ESG..(Vasilchenko, Irina) (Entered: 10/29/2024) |

| | | |
|---|---|---|
| 10/30/2024 | 100 | ORDER On October 15, 2024, a conference was scheduled for November 1, 2024 at 10:30 A.M. It is hereby ORDERED that the conference is rescheduled for Friday, November 1, 2024 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007. SO ORDERED. (Status Conference set for 11/1/2024 at 11:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 10/30/2024) (ar) (Entered: 10/30/2024) |
| 11/01/2024 | | Minute Entry for proceedings held before Judge Denise L. Cote: Initial Pretrial Conference held on 11/1/2024. (Court Reporter Eve Giniger) (jwh) (Entered: 11/01/2024) |
| 11/01/2024 | 101 | ORDER: For the reasons stated on the record at the conference held in this case on November 1, 2024, it is hereby ORDERED that the defendants shall file a renewed motion to dismiss the complaint by November 22, 2024. The lead plaintiff shall file any opposition the motion to dismiss by December 20. Defendants' reply, if any, shall be filed by January 10, 2025. At the time of each filing, the filing party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. Motions due by 11/22/2024. Responses due by 12/20/2024 Replies due by 1/10/2025. (Signed by Judge Denise L. Cote on 11/1/2024) (vfr) (Entered: 11/01/2024) |
| 11/22/2024 | 102 | PROPOSED STIPULATION AND ORDER. Document filed by Leadersel Innotech ESG..(Vasilchenko, Irina) (Entered: 11/22/2024) |
| 11/22/2024 | 103 | MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)*. Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy..(Soloway, Audra) (Entered: 11/22/2024) |
| 11/22/2024 | 104 | MEMORANDUM OF LAW in Support re: 103 MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)*. . Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy..(Soloway, Audra) (Entered: 11/22/2024) |
| 11/22/2024 | 105 | DECLARATION of Audra J. Soloway in Support re: 103 MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)*.. Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy. (Attachments: # 1 Exhibit 1 – Jason Gorevic's Individual Stock Sales, # 2 Exhibit 2 – Mala Murthy's Individual Stock Sales, # 3 Exhibit 3 – Stephany Verstraete's Individual Stock Sales, # 4 Exhibit 4 – 9/11/2020 Registration Statement, # 5 Exhibit 5 – 2020 Form 10–K, # 6 Exhibit 6 – 2021 Form 10–K, # 7 Exhibit 7 – Jason Gorevic's Form 4 and Form 5 Filings, # 8 Exhibit 8 – Mala Murthy's Form 4 Filings, # 9 Exhibit 9 – Stephany Verstraete's Form 4 Filings, # 10 Exhibit 10 – 11/10/2021 Business Insider Article, # 11 Exhibit 11 – Transcript of 2/24/2021 Earnings Call, # 12 Exhibit 12 – Transcript of 4/28/2021 Earnings Call, # 13 Exhibit 13 – Transcript of 11/18/2021 Investor Day Analyst Conf., # 14 Exhibit 14 – Transcript of 4/27/2022 Earnings Call, # 15 Exhibit 15 – Transcript of 7/27/2022 Earnings Call).(Soloway, Audra) (Entered: 11/22/2024) |
| 11/22/2024 | 106 | LETTER MOTION for Oral Argument *re: 103 Motion to Dismiss the Second Amended Class Action Complaint (Renewed)* addressed to Judge Denise L. Cote from Audra J. Soloway dated November 22, 2024. Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy..(Soloway, Audra) (Entered: 11/22/2024) |
| 12/20/2024 | 107 | MEMORANDUM OF LAW in Opposition re: 103 MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)*. . Document filed by Hui Ma, Leadersel Innotech ESG..(Vasilchenko, Irina) (Entered: 12/20/2024) |
| 12/20/2024 | 108 | LETTER MOTION for Oral Argument *re: 103 Motion to Dismiss the Second Amended Class Action Complaint (Renewed)* addressed to Judge Denise L. Cote from Irina Vasilchenko dated 12/20/2024. Document filed by Hui Ma, Leadersel Innotech ESG..(Vasilchenko, Irina) (Entered: 12/20/2024) |
| 01/10/2025 | 109 | REPLY MEMORANDUM OF LAW in Support re: 103 MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)*. . Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy..(Soloway, Audra) (Entered: 01/10/2025) |

| | | |
|---|---|---|
| 01/10/2025 | 110 | DECLARATION of Audra Soloway in Support re: 103 MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)*.. Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy. (Attachments: # 1 Exhibit 16–Schedule 14A, # 2 Exhibit 17–Form 8–K, # 3 Exhibit 18–Stock Chart, # 4 Exhibit 19– Evercore ISI Research Analyst Report, # 5 Exhibit 20– Healthcare Dive Analyst Report, # 6 Exhibit 21– Mass Device Analyst Report, # 7 Exhibit 22– Seeking Alpha Analyst Report).(Soloway, Audra) (Entered: 01/10/2025) |
| 01/27/2025 | 111 | LETTER MOTION for Leave to File Sur–Reply addressed to Judge Denise L. Cote from Irina Vasilchenko dated 1/27/2025. Document filed by Hui Ma, Leadersel Innotech ESG. (Attachments: # 1 Exhibit A).(Vasilchenko, Irina) (Entered: 01/27/2025) |
| 02/07/2025 | 112 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Audra J. Soloway dated February 7, 2025 re: 111 LETTER MOTION for Leave to File Sur–Reply addressed to Judge Denise L. Cote from Irina Vasilchenko dated 1/27/2025. . Document filed by Stephany Verstraete, Richard J. Napolitano, Teladoc Health, Inc., Jason Gorevic, Mala Murthy..(Soloway, Audra) (Entered: 02/07/2025) |
| 03/21/2025 | 113 | OPINION AND ORDER re: 103 MOTION to Dismiss *the Second Amended Class Action Complaint (Renewed)* filed by Mala Murthy, Stephany Verstraete, Jason Gorevic, Teladoc Health, Inc., Richard J. Napolitano. The defendants' November 22, 2024 motion to dismiss is granted. The Clerk of Court shall enter judgment for the defendants and close the case. (Signed by Judge Denise L. Cote on 3/21/2025) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/21/2025) |
| 03/24/2025 | 114 | CLERK'S JUDGMENT re: 113 Memorandum & Opinion in favor of Teladoc Health, Inc., Bimal Shah, Jason Gorevic, Mala Murthy, Richard J. Napolitano, Stephany Verstraete against Hui Ma, Jeremy Schneider, Walter De Schutter. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 21, 2025, the defendants' November 22, 2024 motion to dismiss is granted. Accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 3/24/2025) (Attachments: # 1 Appeal Package) (tp) (Main Document 114 replaced on 3/24/2025) (tp). (Entered: 03/24/2025) |
| 04/22/2025 | 115 | NOTICE OF APPEAL from 113 Memorandum & Opinion, 114 Clerk's Judgment,,. Document filed by Leadersel Innotech ESG, Hui Ma. Filing fee $ 605.00, receipt number ANYSDC–30969923. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Villegas, Carol) Modified on 4/23/2025 (km). (Entered: 04/22/2025) |
| 04/23/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 115 Notice of Appeal.(km) (Entered: 04/23/2025) |
| 04/23/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 115 Notice of Appeal, filed by Leadersel Innotech ESG, Hui Ma were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/23/2025) |