## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Teladoc Health, Inc. Securities Litigation        Docket No.: 25-1022

Lead Counsel of Record (name/firm) or Pro se Party (name): Audra J. Soloway / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Appearance for (party/designation): Teladoc Health, Inc. / Appellee; Jason Gorevic / Appellee; Mala Murthy / Appellee; Stephany Verstraete / Appellee; Richard J. Napolitano / Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
(✓) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: Bimal Shah
( ) Incorrect. Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Audra J. Soloway
Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 1285 Avenue of the Americas New York, NY 10019
Telephone: 212-373-3289        Fax: 212-492-0289
Email: asoloway@paulweiss.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are: IN RE TELADOC HEALTH, INC. SECURITIES LITIGATION, No. 23-cv-1112, 2024 WL 4274362 (2d Cir. Sept. 24, 2024)
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 30, 2021      OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Audra J. Soloway
Type or Print Name: Audra J. Soloway
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

**Corrected Caption for No. 25-1022**

In Re: Teladoc Health, Inc. Securities Litigation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Leadersel Innotech ESG,

        Lead Plaintiff-Appellant,

Hui Ma,

        Additional Plaintiff-Appellant,

        v.

Teladoc Health, Inc., Jason Gorevic, Mala Murthy, Stephany Verstraete, Richard J. Napolitano,

        Defendants-Appellees.[1]

---

[1] On November 22, 2024, the parties agreed to dismiss with prejudice Bimal Shah as a Defendant from this action pursuant to Federal Rule of Civil Procedure 41. *See In re Teladoc Health, Inc. Sec. Litig.*, No. 1:22-cv-04687, ECF No. 102 (S.D.N.Y. Nov. 22, 2024).