# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Teladoc Health, Inc. Securities Litigation  Docket No.: 25-1022

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel J. Kramer

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas

Telephone: 212-373-3020   Fax: 212-492-0020

E-mail: dkramer@paulweiss.com

Appearance for: Teladoc Health Inc., Jason Gorevic, Mala Murthy, Stephany Verstraete, Richard J. Napolitano / Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☑ Additional counsel (co-counsel with: Audra J. Soloway / Paul, Weiss, Rifkind, Wharton & Garrison LLP ) (name/firm)

☐ Amicus (in support of: _____ ) (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 25, 2024  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Daniel J. Kramer

Type or Print Name: Daniel J. Kramer