# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Audra J. Soloway**
**Direct Dial:** +1 212 373 3289
**Email:** asoloway@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

July 28, 2025

By Electronic Filing

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In Re: Teladoc Health, Inc. Securities Litigation, No. 25-1022

Dear Ms. Wolfe:

      We represent defendant-appellee Teladoc Health, Inc. and the individual defendants-appellees in the above-captioned appeal. Pursuant to Local Rule 31.2(a)(1)(B), we write to notify the Court of our request to file the response brief on October 24, 2025, which is 91 days after the filing of the opening brief.

      Respectfully submitted,

      /s/ Audra J. Soloway

      Audra J. Soloway

cc:   Counsel of record (by electronic filing)